Richard J. Kern, 083485
rkern@pknwlaw.com
PARKER, KERN, NARD & WENZEL
7112 N. Fresno Street, Suite 300
Fresno, California 93720
Telephone:  (559) 449-2558
Facsimile:  (559) 449-2564

Attorneys for:  Plaintiff, JOSHUA TAYLOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOSHUA TAYLOR,<br><br>    Plaintiff,<br><br>vs.<br><br>TREES, INC. and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No.  1:13-CV-01019-AWI-MJS<br><br>**STIPULATION AND ORDER AMENDING SCHEDULING ORDER** |

The parties, by and through their respective attorneys of record, hereby STIPULATE and AGREE to amended of the Scheduling Conference Order in the above-referenced matter as follows:

    1    That the expert disclosure deadline, currently set for May 12, 2014, be continued to **June 16, 2014**;

    2.    That the supplemental/rebuttal expert disclosure deadline currently set for June 2, 2014, be continued to **July 7, 2014**;

    3.    That the non-expert discovery deadline currently set for May 19, 2014, be continued to **June 23, 2014**;

4. That expert discovery deadline set for June 23, 2014, be continued to **August 1, 2014**;

No other dates are changed by this Stipulation or Order.

| | |
|---|---|
| DATED: April 1, 2014 | PARKER, KERN, NARD & WENZEL<br>Professional Corporation |
| | /s/ Richard J. Kern<br>RICHARD J. KERN, ESQ., Attorneys for Plaintiff, JOSHUA TAYLOR |
| DATED: April____, 2014 | HOLLAND & KNIGHT LLP |
| | /s/ Linda Auerbach Allderdice<br>Attorneys for Defendant, TREES, INC. |

## **ORDER**

IT IS HEREBY ORDERED that:

1. That the expert disclosure deadline be continued to **June 16, 2014**;

2. That the supplemental/rebuttal expert disclosure deadline be continued to **July 7, 2014**;

3. That the non-expert discovery deadline be continued to **June 23, 2014**;

4. That expert discovery deadline set for June 23, 2014, be continued to **August 1, 2014**;

No other dates are changed by this Stipulation or Order.

IT IS SO ORDERED.

Dated:   April 3, 2014                                   /s/ *Michael J. Seng*
                                                                    UNITED STATES MAGISTRATE JUDGE