# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA TAYLOR,** | **CASE NO. 1:13-CV-1019 AWI MJS** |
| **Plaintiff** | |
| v. | **ORDER VACATING SEPTEMBER 29, 2014 HEARING DATE** |
| **TREES, INC.,** | |
| **Defendant** | |

Defendant has filed a motion for summary judgment that is set for hearing on September 29, 2014. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 29, 2014, is VACATED, and the parties shall not appear at that time. As of September 29, 2014, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 23, 2014                           _____
                                                                             SENIOR  DISTRICT  JUDGE